**No. 43565.**—Protest 23251–K of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.  Thermometers stipulated to be similar to those the subject of Abstract 39852 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43566.**—Protest 22641–K of I. W. Rice Co. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of mounted glass bottles in chief value of metal similar to those the subject of *Viking* v. *United States* (C. D. 132).  The claim as hollow ware at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 23, 1940

**No. 43567.**—Protest 18087–K of R. U. Delapenha & Co., Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 43068 the protest was sustained.

**No. 43568.**—Protest 974754–G of Mitsui & Co., Ltd. (New York).

Opinion by KEEFE, J.  On the record presented the protest was overruled.

APRIL 20, 1940

**No. 43569.**—Protest 706357–G of Geo. E. Mallinson Importing Co.  Abstract 32036.  Plaintiff's application for rehearing granted.

**No. 43570.**—Protest 993140–G/88521 of J. E. Bernard & Co., Inc.  C. D. 288.  Motion of Government for rehearing denied.

APRIL 18, 1940

**No. 43571.**—SUIT 4248.—
*United States* v. *European Trading Co.* Reap. Dec. 4536 affirmed.  C. A. D. 103.